ALBANY,
August, 1810.

DICKSON *against* SEELYE.

DICKSON
v.
SEELYE.

APPLICATION was made to a judge, to allow a *certiorari*, in this cause, on an affidavit, made by the attorney of the plaintiff, within the 30 days allowed by the statute, which was refused by the judge, because the affidavit was made by the attorney, and no reason assigned, why it was not made by the party himself. The attorney, then, but after the expiration of the 30 days, made a further affidavit, stating the reason why the first affidavit was not made by the party, to wit, that the plaintiff, at the time of the trial, was and still is absent from the state, so that he could not make an affidavit in the cause. On producing this supplementary affidavit, the *certiorari* was allowed.

Where an affidavit was made by an attorney, on which to obtain the allowance of a *certiorari*, within 30 days after the judgment below; a supplementary affidavit was allowed to be made after the 30 days, to show the reason, why the original affidavit was not made by the party himself, or to explain a collateral fact, but not as to the merits.

*Campbell* now moved to set aside the allowance and all subsequent proceedings. He insisted that the statute was peremptory, and that the party only could make the affidavit.

KENT, Ch. J. Wherever there has appeared to be a necessity, or a just cause for the affidavit being made by the attorney of the party, I have received it, and allowed the *certiorari*.

SPENCER, J. I have done the same. It appeared to me to be necessary to construe the statute liberally, in this respect, otherwise, great and manifest injustice would be done, in many cases.

*Per Curiam*. The motion must be denied. Though every thing relating to the merits, or to the errors in the court below, must be contained in the affidavit which the

ALBANY,
August, 1810.

statute requires to be made within thirty days after the judgment; yet a supplementary affidavit, which is merely explanatory of a collateral fact, as in this case, of the absence of the party, may be made after the thirty days.

Motion denied.